[No. 31308-8-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT JEAKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01625-3, Janice Niemi, J. Pro Tem., entered

August 27, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.